UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LESONYA JEFFERSON, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIOGEN IDEC, INC., )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-237-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant Biogen Idec, Inc.'s Motion for Summary Judgment is ALLOWED and its Motion to Strike is DENIED. The Clerk of Court is DIRECTED to remove this action from the court's pretrial and trial calendars and to close this case.

**This Judgment Filed and Entered on August 22, 2012, and Copies To:**

Robert Lewis, Jr. (via CM/ECF Notice of Electronic Filing)
Richard Scott McAtee (via CM/ECF Notice of Electronic Filing)
Allison Serafin (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>August 22, 2012 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |